NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MARY REEVES**
**(Substituted for Corby Reeves),**
*Claimant-Appellant,*

v.

**ERIC SHINSEKI, SECRETARY OF VETERANS**
**AFFAIRS,**
*Respondent-Appellee.*

---

2011-7085

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 08-1951, Judge Alan G. Lance, Sr.

---

## ON MOTION

---

## O R D E R

Before GAJARSA, *Circuit Judge.*

Mary Reeves informs the court of the death of Corby Reeves and moves for substitution. The Secretary of Veterans Affairs opposes.

Upon considerations thereof,

IT IS ORDERED THAT:

The motion is granted.* The revised official caption is reflected above.

FOR THE COURT

__JUN 0 1 2011__                    /s/ Jan Horbaly
        Date                         Jan Horbaly
                                     Clerk

cc:  Kenneth Carpenter, Esq.
     Elizabeth M. Hosford, Esq.

s24

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 0 1 2011

JAN HORBALY
CLERK

---

   * The motion to substitute is granted without prejudice to the Secretary making arguments in his brief concerning the substitution.